

FILED

02/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0037

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0037

FILED

FEB 1 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

KIP HARTMAN,

Petitioner,

v.

MONTANA NINETEENTH JUDICIAL
DISTRICT COURT, LINCOLN COUNTY,
HON. MATTHEW J. CUFFE, Presiding,

Respondent.

O R D E R

Pursuant to M. R. App. P. 14(7)(c), Petitioner Kip Hartman seeks a stay of proceedings in the Nineteenth Judicial District Court, Lincoln County, in its Cause No. DC-19-75 while Hartman's petition for writ of supervisory control is pending before this Court. Hartman asserts that if this Court grants his writ, he will not be subject to retrial in the District Court and therefore any retrial should be barred pending disposition of his petition. The State responds to Hartman's motion, agreeing that it would not be proper to proceed to trial while the petition for writ of supervisory control is pending, but further asserts that a stay is unnecessary at this juncture and could cause undue hardship if Hartman's petition is ultimately denied.

Hartman filed his petition for writ of supervisory control in this Court on January 21, 2022. On January 27, 2022, we issued an order granting the Nineteenth Judicial District Court, and the State of Montana, or both, until and including February 28, 2022, to prepare, file, and serve their response(s) to Hartman's petition. In its response to Hartman's present motion, the State points out that this matter is set for jury trial in the District Court beginning on April 5, 2022, and the District Court has scheduled 12 days for that trial. The State expresses concern that it will be difficult for the District Court to expeditiously reset this trial if the matter is stayed and urges this Court to allow the trial date to remain in place and

to not preclude the parties from continuing to prepare for trial, such as issuing subpoenas and taking other necessary pretrial steps.

Since Hartman's petition will be ready for decision more than a month before the trial date, we do not anticipate difficulty resolving the petition well in advance of April 5, 2022. Should that prove not to be the case, and we determine a stay is in order, we will revisit the matter sua sponte and advise the parties accordingly.

IT IS THEREFORE ORDERED that Hartman's motion for stay is DENIED. This matter may proceed in the District Court unless and until further order of this Court.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Nineteenth Judicial District Court, Lincoln County, Cause No. DC-19-75, and the Honorable Matthew J. Cuffe, presiding.

DATED this 15 day of February, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2